AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Campbell, David G | 2. Court or Organization<br><br>District Court - Arizona | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>401 West Washington<br>Suite 623, SPC 58<br>Phoenix, AZ 85003-2156 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director, Secretary | Campbell Family Foundation |
| 2. Trustee | Trust # 1 |
| 3. Trustee | Trust # 2 |
| 4. Trustee | Trust # 3 |
| 5. | |

RECEIVED 2008 MAY 19 A 11:37 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 2. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 3. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 6. Wheeler Machinery Notes Payable | E | Interest | N | T | | | | | |
| 7. El Dorado Investments, LLC | G | Distribution | O | U | | | | | See note 2, Part VIII |
| 8. -- El Dorado Property, Salt Lake City, Utah | | None | P2 | U | | | | | See note 2, Part VIII |
| 9. -- El Dorado Property, Ogden, Utah | | None | O | U | | | | | See note 2, Part VIII |
| 10. -- El Doprado Property, St. George, Utah | | None | P1 | U | | | | | See note 2, Part VIII |
| 11. -- El Dorado Property, Cedar City, Utah | | None | P1 | U | | | | | See note 2, Part VIII |
| 12. -- El Dorado Property, Salina, Utah | | None | O | U | | | | | See note 2, Part VIII |
| 13. -- El Dorado Property, Hurricane, Utah | | None | P2 | U | | | | | See note 2, Part VIII |
| 14. -- El Dorado Property, Lindon, Utah | | None | O | U | | | | | See note 2, Part VIII |
| 15. Exxon Mobil Common Stock | A | Dividend | M | T | | | | | |
| 16. Bank of America Common Stock | A | Dividend | L | T | | | | | |
| 17. 401(k) Plan | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- American Funds Bond Fund of Amer A | D | Dividend | M | T | | | | | |
| 19. -- American Funds Inc Fund of Amer A | F | Dividend | N | T | | | | | |
| 20. -- Schwab Inst. Adv. Money Market | D | Interest | M | T | | | | | |
| 21. General American Universal Life Policy | D | Interest | L | T | | | | | |
| 22. General American Variable Life Policy | C | Dividend | L | T | | | | | |
| 23. Trust # 1 | | None | O | W | | | | | See note 1, Part VIII |
| 24. Trust # 2 | | | | | | | | | See note 1, Part VIII |
| 25. -- Wheeler Machinery Note Payable | D | Interest | L | T | | | | | |
| 26. Trust # 3 | | | | | | | | | See note 1, Part VIII |
| 27. -- Wheeler Machinery Note Payable | D | Interest | L | T | | | | | |
| 28. Trust # 4 | | | | | Terminated | 12-07 | | | See note 1, Part VIII |
| 29. -- Wheeler Machinery Note Payable | D | Interest | L | T | Transferred | 12-07 | L | | See note 1, Part VIII |
| 30. Morningstar managed portfolio (mutual funds) | | | | | | | | | |
| 31. -- Calamos Growth A | | None | K | T | Partial buy | 4-16 | J | | |
| 32. | | | | | Partial buy | 11-16 | J | | |
| 33. -- Baron Growth | | None | K | T | | | | | |
| 34. -- Janus Midcap Value Investor | B | Dividend | K | T | Partial buy | 4-26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -- Victory Diversified Stock A | C | Dividend | L | T | Partial sell | 4-26 | K | D | |
| 36.    -- Third Avenue Small-Cap Value | | None | | | Sell | 4-26 | K | D | |
| 37.    -- Artisian International | A | Dividend | L | T | Partial buy | 4-26 | J | | |
| 38. | | | | | Partial buy | 12-19 | J | | |
| 39.    -- Vanguard High Yierld Tax Exempt | C | Interest | K | T | Partial sell | 4-26 | L | A | See note 3, Part VIII |
| 40.    -- Dodge & Cox International Stock | B | Dividend | L | T | Partial buy | 4-26 | J | | |
| 41.    -- Vanguard Tax-Exempt Money Market | | None | J | T | Partial buy | 4-26 | K | | |
| 42.    -- Cambiar Opportunity Inf | A | Dividend | M | T | Partial buy | 12-13 | J | | |
| 43.    -- Legg Mason Growth Trust Instl Shares | B | Dividend | K | T | Partial sell | 4-16 | J | B | |
| 44.    -- MainStay ICAP Select Equity (formerly ICAP Select Equ) | D | Dividend | M | T | Partial sell | 4-26 | K | D | |
| 45. | | | | | Partial buy | 12-17 | K | | |
| 46.    -- Third Avenue Real Estate Value | A | Dividend | K | T | Partial buy | 4-26 | J | | |
| 47. | | | | | Partial buy | 12-19 | J | | |
| 48.    -- Lord Abbett Convertible Y | A | Dividend | K | T | Buy | 6-30 | K | | |
| 49.    -- Diamond Hill Small Cap A | A | Dividend | J | T | Buy | 4-26 | K | | |
| 50.    -- Wells Fargo Adv Mun Bnd Inv | | None | L | T | Buy | 4-26 | L | | |
| 51. Merrill Lynch Mutual Fund Advisor Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Lord Abbett Research Fund - SM CAP A | | None | | | Partial sell | 7-03 | J | A | |
| 53. | | | | | Sell | 10-12 | J | C | |
| 54. -- MFS Research International Fund A | A | Dividend | K | T | Partial sell | 7-03 | J | A | |
| 55. -- Van Kampen Comstock Fund | A | Dividend | K | T | Partial sell | 7-03 | J | B | |
| 56. -- MFS Research Bond CL A | A | Dividend | J | T | Partial sell | 7-03 | J | A | |
| 57. | | | | | Partial sell | 10-12 | J | A | |
| 58. -- Lazard Emerging Mkts Port | | None | | | Partial sell | 7-03 | J | B | |
| 59. | | | | | Sell | 10-12 | K | A | |
| 60. -- DWS Dremen High Return Eqt (formerly Scudder Dremen) | A | Dividend | K | T | Partial sell | 7-03 | J | B | |
| 61. | | | | | Partial sell | 7-10 | J | A | |
| 62. -- Oppenheimer Internatl Bond Fd Cl A | B | Dividend | K | T | Partial sell | 7-03 | J | A | |
| 63. | | | | | Partial sell | 10-12 | J | A | |
| 64. -- Pimco Real Return Bond Fd Cl A | B | Dividend | | | Partial sell | 7-03 | J | A | |
| 65. | | | | | Sell | 10-12 | J | A | |
| 66. -- Hartford Growth Opp Fd Cl A | | None | J | T | Partial sell | 7-03 | J | A | |
| 67. -- Janus Adviser Forty Fd Cl A | A | Dividend | K | T | Partial sell | 7-03 | J | B | |
| 68. | | | | | Partial sell | 10-09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$230,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Partial sell | 10-12 | J | B | |
| 70. -- Blackrock Pacific Fund | A | Dividend | | | Partial sell | 7-03 | J | A | |
| 71. | | | | | Sell | 10-12 | J | C | |
| 72. -- Fidelity Advisor New Insights Fund Cl 1 | A | Dividend | K | T | Partial sell | 7-03 | J | A | |
| 73. -- Ivy Global Natural Resourced Fund Cl A | A | Dividend | J | T | Partial sell | 7-03 | J | A | |
| 74. | | | | | Partial sell | 10-12 | J | B | |
| 75. -- Jennison Snall Company Fund Cl Z | A | Dividend | J | T | Partial sell | 7-03 | J | A | |
| 76. -- Harbor Int'l Fund Inv CL | A | Dividend | K | T | Buy | 10-12 | J | | |
| 77. -- Thornburg Int'l Value Fund CL I | A | Dividend | J | T | Buy | 10-12 | J | | |
| 78. -- Metropolitan West Total Return BD FD | A | Dividend | J | T | Buy | 10-12 | J | | |
| 79. Northwestern Mutual whole life policy | C | Dividend | L | T | | | | | |
| 80. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 81. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 82. Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 83. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 84. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 85. MJC Investments LLC | D | Distribution | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Water rights, Carbon County, Utah | | None | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Trust 1 is a ███ trust that holds our personal residence, automobiles, and similar assets. Other reportable assets held by the trust are included separately in Part VII. Trusts 2-4 are college education trusts that hold the assets listed below each trust. The assets of Trust 4 were deemed transferred to ███ when he was married in 2007.

Note 2: The property listed on lines 8-14 is rental property owned by El Dorado Investments, LLC, a family investment business owned collectively by five individuals and the estate of a sixth. Rent is paid to the LLC, mixed with rental income from other LLC properties, and used to pay expenses for the various properties owned by the LLC and general expenses of the LLC. After expenses are paid, income is attributed to the LLC owners for tax purposes, and some distributions are made to owners. Total income attributed to me from the LLC for 2007, and the value of my ownership interest in the LLC, are shown on line 7. I receive no rental payments directly from any of the properties listed on lines 8-14. My 2006 disclosure erroneously listed on line 13 a property in Logan, Utah. I learned during preparation of my 2007 disclosure that El Dorado does not own this property. The tenant which leases all of the El Dorado properties (a ███ business owned by ███ leases the Logan property from another owner; the Logan property is not owned by El Dorado. I have therefore deleted the Logan property from this year's disclosure.

Note 3: My 2006 disclosure, at lines 39-40, showed a sale of this fund on 12-22 and no remaining value. This was an error. In preparing this year's disclosure, I learned that Morningstar reinvested in this fund on 12-22, the same day as the sale, and that I therefore retained value in this fund (category L) as of the end of 2006. Line 39 of this year's report shows my current holdings in this fund and activity during 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G | 05/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544